THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLAH,<br><br>                Petitioner,<br><br>   v.<br><br>DONALD R. HOLBROOK,<br><br>                Respondent. | CASE NO. C19-1103-JCC<br><br>ORDER |

This matter comes before the Court on Petitioner's objections (Dkt. No. 13) to the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 12). Having thoroughly considered the report and recommendation, Petitioner's objections, and the relevant record, the Court hereby ORDERS that:

1. Petitioner's objections (Dkt. No. 13) are OVERRULED;
2. Judge Peterson's report and recommendation (Dkt. No. 12) is ADOPTED;
3. Petitioner's petition for a writ of habeas corpus (Dkt. No. 11) is DISMISSED as untimely pursuant to 28 U.S.C. § 2244(d);
4. A certificate of appealability is DENIED pursuant to 28 U.S.C. § 2253(c)(2) and *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003); and
5. The Clerk is DIRECTED to send copies of this order to the parties and to Judge Peterson.

//

1    DATED this 3rd day of September 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-1103-JCC
PAGE - 2